# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0325, A26D0326. JOEL A. DALLOW v. MARY ELLEN KELLY.**

Upon review, Joel A. Dallow's motion to stay consideration of Case No. A26D0325 is hereby DENIED. Both of these applications for discretionary appeal are likewise DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/25/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*